# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIDEON VALENTE AGRA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID FRANCO, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-1055-SJO (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Objections to the Amended Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Amended Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

IT THEREFORE IS ORDERED that the State defendants' Motion to Dismiss the claims against the State defendants, without leave to amend is granted; the Federal defendants' Motion to Dismiss is granted with leave to amend as to a possible tax refund claim and/or an Internal Revenue Code § 7433 claim against the United States; the Federal defendants' Motion to Dismiss is granted without leave to amend as to any other claims. If plaintiff still desires to pursue a tax refund claim and/or a claim pursuant to Internal Revenue Code § 7433, plaintiff is required to file a First Amended Complaint within thirty (30) days of the service of this Order.

DATED: April 16, 2013.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE