JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIDEON VALENTE AGRA, <br> Plaintiff, <br> vs. <br> DAVID FRANCO, et al., <br> Defendants. | Case No. CV 12-1055-SJO (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: July 18, 2013.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE